UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN P O'BOYLE,

    Plaintiff,

v.                                                            Case No. 17-C-1746

ROBERT HUMPHREYS,

    Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

On May 11, 2018, the Court entered its order denying Petitioner Ryan P. O'Boyle's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered the same day. On April 21, 2018, O'Boyle filed a motion for reconsideration, which essentially presents the same arguments the Court rejected in denying his petition. Since the Court has already explained in detail the reasons for its decision, the motion for reconsideration is **DENIED**.

**SO ORDERED** this   6th   day of September, 2018.

                                                 s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court